# United States Court of Appeals
## For the First Circuit

No. 08-1569

PAUL SIMMONS; PEDRO VALENTIN; DENNIS BELDOTTI,

Plaintiffs, Appellees/Cross-Appellants,

v.

WILLIAM FRANCIS GALVIN,
in his capacity as Secretary of the Commonwealth of
Massachusetts,

Defendant, Appellant/Cross-Appellee.

**ERRATA SHEET**

The opinion of this Court issued on July 31, 2009, is amended
as follows:

On p.99, line 18: Replace "supra, n.19);" with "supra, n.43);"